

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Armstead Scales, et al. v. Michael Whiting, et al

Appellate case number:    01-22-00086-CV

Trial court case number:  34512

Trial court:              21st District Court of Washington County

On October 20, 2022, this Court granted appellant's unopposed motion to abate this appeal until December 19, 2022, for appellant to retain probate counsel and engage in settlement discussions. Unless appellant files a status update or a motion for continuing abatement with the Court, this appeal will be reinstated within 10 days of this order.

It is so ORDERED.

Judge's signature: ___/s/ Gordon Goodman_____
                          Acting for the Court

Date: ___January 31, 2023_____